**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **25-16 37th Ave Owners, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3389948** |

| | |
|---|---|
| 4. **Debtor's address** | **Principal place of business** |

**Principal place of business**

**3284 N 29th Court**
**Hollywood, FL 33020**
Number, Street, City, State & ZIP Code

**Broward**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**25-12 and 25-16 27th Avenue Long Island City, NY 11101**
Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **25-16 37th Ave Owners, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [x] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply:*

  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - [ ] The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - [ ] A plan is being filed with this petition.

  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No.
- [ ] Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [x] No
- [ ] Yes.

Debtor   **25-16 37th Ave Owners, LLC**                           Case number (if known) _____
         Name

List all cases. If more than 1,
attach a separate list          Debtor _____        Relationship _____
                                District _____ When _____  Case number, if known _____

---

**11. Why is the case filed in this district?**   Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**   Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **25-16 37th Ave Owners, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 19, 2021**
MM / DD / YYYY

**X**
Signature of authorized representative of debtor

**Manager of  Sawmill Road Partners, LLC, Member of 25-16 37th Owners, LLC**
Printed name

Title    David Goldwasser

**18. Signature of attorney**

**X**
Signature of attorney for debtor

Date  **October 19, 2021**
MM / DD / YYYY

**Joel M. Shafferman**
Printed name

**Shafferman & Feldman LLP**
Firm name

**137 Fifth Avenue
9th Floor
New York, NY 10010**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 509-1802**    Email address   **shaffermanjoel@gmail.com**

**2035079 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    __25-16 37th Ave Owners, LLC__

United States Bankruptcy Court for the:   __EASTERN DISTRICT OF NEW YORK__

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __October 19, 2021__     X _____
                                          Signature of individual signing on behalf of debtor

                                          **David Goldwasser**
                                          Printed name

                                          **Manager of  Sawmill Road Partners, LLC,**
                                          **Member of 25-16 37th Owners, LLC**
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **25-16 37th Ave Owners, LLC**

United States Bankruptcy Court for the:    **EASTERN DISTRICT OF NEW YORK**

Case number (if known):    _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Barry Leon 326 Linden Place West Hempstead, NY 11552** | | **Guaranty of Business Debt** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **LIC Mezz, LLC 134 West 25th Street 5th Floor New York, NY 10001** | | **All Real Property and interests located at 25-12 and 25-16 27th Avenue, Astoria, New York 11102** | | | | $3,352,203.30 |
| **LIC Senior Debt LLC 361 15th street Hoboken, NJ 07030** | | **All Real Property and interests located at 25-12 and 25-16 27th Avenue, Long Island City, New York 11101** | | $12,773,519.30 | $0.00 | $12,773,519.30 |
| **Makeursati Building Inc. c/o Zhi Zeng 740118th Avenue 1st Floor Brooklyn, NY 11204** | | **Services Rendered** | **Contingent Unliquidated Disputed** | | | $65,000.00 |
| **Penta Restoration Corp c/o Nick Fillas 1 Plaza Road Greenvale, NY 11548** | | **Services Rendered** | **Contingent Unliquidated Disputed** | | | $1,402,534.61 |
| **Shore Built Construction c/o John Marashlian 613 Jericho Turnpike New York, NY 10040** | | **Services Rendered** | **Contingent Unliquidated Disputed** | | | $678,000.00 |

Debtor    **25-16 37th Ave Owners, LLC**                                    Case number *(if known)* _____
　　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vibranalysis Inc.**<br>**79 Alexander**<br>**Avenue**<br>**6th Floor**<br>**Bronx, NY 10454** | | **Services Rendered** | **Contingent Unliquidated Disputed** | | | **$166,546.78** |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 2

**Fill in this information to identify the case:**

Debtor name   **25-16 37th Ave Owners, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................   $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................   $      250,000.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................   $      250,000.00

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $      12,773,519.30

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $      0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$      5,664,284.69

4.   Total liabilities ........................................................................................................
   Lines 2 + 3a + 3b    $      18,437,803.99

**Fill in this information to identify the case:**

Debtor name __**25-16 37th Ave Owners, LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No.  Go to Part 2.
   ☐ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | | | |
   |---|---|---|
   | 7.1. | **Parkmatic Car Parking Systems, LLC security deposit for mechanized parking system. 47-10 32nd place, Long Island City, New York 11101.  This deposit may be held by Penta Restoration** | **$250,000.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   | **$250,000.00** |
   |---|

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☑ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ☑ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **25-16 37th Ave Owners, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress Construction work in place** | | **Unknown** | | **$0.00** |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | | **$0.00** |
|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

Debtor    **25-16 37th Ave Owners, LLC**                    Case number *(If known)* _____
          Name

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **All Real Property and interests located at 25-12 and 25-16 27th Avenue, Long Island City, New York 11101** | **Fee simple** | **Unknown** | | **$0.00** |

56.    **Total of Part 9.**                                                    **$0.00**

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** **Construction Documents for the project; permits and approvals for the project;  and 421a and ICAP tax abatement** | **Unknown** | | **$0.00** |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                   **$0.00**

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 3

Debtor    **25-16 37th Ave Owners, LLC**                                    Case number *(If known)* _____
        Name

    ■ No
    ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable**<br>Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities** | |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Potential causes of action against contractors and professionals for construction defects, delays and other breaches of contract** | **Unknown** |
|     **Nature of claim**<br>    **Amount requested**    **$0.00** | |
| 75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.  **Trusts, equitable or future interests in property** | |
| 77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78.  **Total of Part 11.**<br><br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **25-16 37th Ave Owners, LLC** | Case number *(If known)* |
|--------|------|--------|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $250,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $250,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $250,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>25-16 37th Ave Owners, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1    LIC Senior Debt LLC**<br>Creditor's Name<br><br>**361 15th street<br>Hoboken, NJ 07030**<br>Creditor's mailing address<br><br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**All Real Property and interests located at 25-12 and 25-16 27th Avenue, Long Island City, New York 11101**<br><br>Describe the lien<br>**First Mortgage**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,773,519.30** | **$0.00** |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      | $12,773,519.30 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name      **25-16 37th Ave Owners, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
|  | **A&D Engineering, PLLC** **Attn: Alexander Soskin** **2613 E 65th Street** **Brooklyn, NY 11234** | ■ Contingent ■ Unliquidated ■ Disputed |  |
|  | Date(s) debt was incurred _ | Basis for the claim:  **Services Rendered** |  |
|  | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes |  |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
|  | **A&D Engineering, PLLC** **Attn: Alexander Soskin** **2606 East 15th Street** **Suite 204** **Brooklyn, NY 11235** | ■ Contingent ■ Unliquidated ■ Disputed |  |
|  | Date(s) debt was incurred _ | Basis for the claim:  **Services Rendered** |  |
|  | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes |  |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
|  | **AGA Crescent** **37-09 Crescent Street** **Long Island City, NY 11101** | ■ Contingent ■ Unliquidated ■ Disputed |  |
|  | Date(s) debt was incurred _ | Basis for the claim:  **Services Rendered** |  |
|  | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes |  |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
|  | **Alfredo Degante Jr** **c/o Bill Chimos, Esq.** **Zetlin & De Chiara, LLP** **801 Second Avenue** **New York, NY 10017** | ■ Contingent ■ Unliquidated ■ Disputed |  |
|  | Date(s) debt was incurred _ | Basis for the claim: _ |  |
|  | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes |  |

| Debtor | 25-16 37th Ave Owners, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**Alfredo Rios Romero**
c/o Bill Chimos, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                     **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**Alfredo Rivera**
c/o Bill Chimos, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                     **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**American European Insuran**
c/oMiranda Slone Sklarin
Attn: Steven Verveniotis
240 Mineola Blvd
Mineola, NY 11501

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                     **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
**Andrew Rios Rivera**
c/o Bill Chimos, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                     **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
**Barry Leon**
326 Linden Place
West Hempstead, NY 11552

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Guaranty of Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address
**Brent Porter & Associates**
166 St James Place
Brooklyn, NY 11238

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                     **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **25-16 37th Ave Owners, LLC**
_____
Name                    Case number *(if known)* _____

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carlos Rivera, Jr.**
**c/o Bill Chimos, Esq.**
**Zetlin & De Chiara, LLP**
**801 Second Avenue**
**New York, NY 10017**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**D.A. Development GroupLLC**
**38 West 32nd Street**
**Suite 1600**
**New York, NY 10001**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Services Rendered

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Davinen Rivera**
**c/o Bill Chimos, Esq.**
**Zetlin & De Chiara, LLP**
**801 Second Avenue**
**New York, NY 10017**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Erika Rivera**
**c/o Bill Chimos, Esq.**
**Zetlin & De Chiara, LLP**
**801 Second Avenue**
**New York, NY 10017**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Geotech Department LLC**
**41 Blanche Avenue**
**Demarest, NJ 07627**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Services Rendered

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GKA Design Group Inc**
**Attn: Emanuel Kambanis**
**1064 Jackson Avenue**
**Long Island City, NY 11101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Services Rendered

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 25-16 37th Ave Owners, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Guisela Rivera**
**c/o Bill Chimos, Esq.**
**Zetlin & De Chiara, LLP**
**801 Second Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Taxes**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Isabel Mozo Castillo**
**c/o Bill Chimos, Esq.**
**Zetlin & De Chiara, LLP**
**801 Second Avenue**
**New York, NY 10017**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**JBL Development Group Inc**
**1028 Lauritson Drive**
**Saint Johns, FL 32259**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Services Rendered**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Jieming Wong**
**125 Lexington Avenue**
**Linden, NJ 07036**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Services Rendered**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**John Dibble**
**609 County Road 519**
**Sussex, NJ 07461**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Services Rendered**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Joslyn Rivera**
**c/o Bill Chimos, Esq.**
**Zetlin & De Chiara, LLP**
**801 Second Avenue**
**New York, NY 10017**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Services Rendered**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **25-16 37th Ave Owners, LLC**
_____    Case number (if known) _____
           Name

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Juan Savadore Rivera**
**c/o Bill Chimos, Esq.**
**Zetlin & De Chiara, LLP**
**801 Second Avenue**
**New York, NY 10017**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _    **Basis for the claim:** _

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kenneth Burgin**
**c/o Erica C. Colon, Esq.**
**The Perecman Firm PLLC**
**250 West 57th Street**
**New York, NY 10107**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _    **Basis for the claim:** _

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kosoff PLLC**
**Attn: Steven Steinhart**
**217 Broadway**
**Suite 401**
**New York, NY 10007**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _    **Basis for the claim:**  **Services Rendered**

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lesley Rivera**
**c/o Bill Chimos, Esq.**
**Zetlin & De Chiara, LLP**
**801 Second Avenue**
**New York, NY 10017**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _    **Basis for the claim:** _

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,352,203.30** |
|---|---|---|---|

**LIC Mezz, LLC**
**134 West 25th Street**
**5th Floor**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _    **Basis for the claim:**  **All Real Property and interests located at 25-12 and 25-16 27th Avenue, Astoria, New York 11102**

Last 4 digits of account number _    _

    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lisette Rivera**
**c/o Bill Chimos, Esq.**
**Zetlin & De Chiara, LLP**
**801 Second Avenue**
**New York, NY 10017**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _    **Basis for the claim:** _

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __25-16 37th Ave Owners, LLC_____     Case number (if known) _____
         Name

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LMW Engineering Group LLC**
**Attn:Miltiadis Leptourgos**
**34-14 168 Street**
**Flushing, NY 11358**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Rendered__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LNN Realty**
**c/o Cooper Paroff&Graham**
**80-02 Kew Gardens Road**
**Suite 300**
**Kew Gardens, NY 11415**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Rendered__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lupo Realty Co.**
**37-11 Crescent Street**
**Long Island City, NY 11101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Rendered__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LWM Engineering Group LLC**
**125 Lexington Avenue**
**Linden, NJ 07036**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Rendered__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,000.00 |
|---|---|---|---|

**Makeursati Building Inc.**
**c/o Zhi Zeng**
**740118th Avenue**
**1st Floor**
**Brooklyn, NY 11204**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Rendered__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Malaby & Bradley, LLC**
**150 Broadway**
**Suite 600**
**New York, NY 10038**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Metric Consulting**
**184 Engineers Drive**
**Hicksville, NY 11801**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services Rendered__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **25-16 37th Ave Owners, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Miranda Slone et al**
**Attn: Abe Warambrand, Esq**
**The Esposito Building**
**240 Mineola Blvd**
**Mineola, NY 11501**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Nimroad Eyal**
**2600 East 21st Street**
**Apt 1B**
**Brooklyn, NY 11235**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**NYC Department of Finance**
**Field Collection**
**59 Maiden Lane**
**New York, NY 10038**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Taxes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**NYS Dept of Tax & Finance**
**Bankruptcy Unit-TCD**
**Building 8, Room 455**
**W.A. Harriman State Campu**
**Albany, NY 12227**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Taxes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,402,534.61**

**Penta Restoration Corp**
**c/o Nick Fillas**
**1 Plaza Road**
**Greenvale, NY 11548**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Peterson Geotechnical**
**17 Academy Street**
**Skaneateles, NY 13152**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**S.G.C. Construction Inc.**
**31-07 Farrington Street**
**Flushing, NY 11354**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **25-16 37th Ave Owners, LLC**                                    Case number (if known) _____
         _____
         Name

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$678,000.00** |
|---|---|---|---|

**Shore Built Construction**
**c/o John Marashlian**
**613 Jericho Turnpike**
**New York, NY 10040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Stacey Gudalupe Rivera**
**c/o Bill Chimos, Esq.**
**Zetlin & De Chiara, LLP**
**801 Second Avenue**
**New York, NY 10017**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Stanza Contracting Corp.**
**31-07 Farrington Street**
**Flushing, NY 11354**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Structural Engineering**
**AttnGeorge J. Cambourakis**
**40-12 28th Street**
**Long Island City, NY 11101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Trolydia Testing & Inspec**
**c/o Edward Torossian**
**714 Elmont Road**
**Elmont, NY 11003**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$166,546.78** |
|---|---|---|---|

**Vibranalysis Inc.**
**79 Alexander Avenue**
**6th Floor**
**Bronx, NY 10454**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Wexler Associates**
**Att. Michael Halvey**
**12 West 32nd Street**
**8th  Floor**
**New York, NY 10001**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | 25-16 37th Ave Owners, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Xolle LLC**
**Attn: Menachem Roth**
**2071 Flatbush Avenue**
**Brooklyn, NY 11234**

■ Contingent

■ Unliquidated

■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Fried, Esq.**<br>**Herrick Feinstein LLP**<br>**2 Park Avenue**<br>**New York, NY 10016** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **A. Mitchell Greene, Esq.**<br>**Robinson Brog**<br>**875 Third Avenue**<br>**New York, NY 10022** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **AGA Crescent**<br>**25-08 37th Avenue**<br>**Long Island City, NY 11101** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Bill Chinos, Esq.**<br>**801 Second Avenue**<br>**New York, NY 10017** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Bill Kakoullis, Esq.**<br>**Gallo Bitucci Klar LLP**<br>**90 Broad Street, 12th Fl**<br>**New York, NY 10004** | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Gartner & Bloom, P.C**<br>**801 Second Avenue**<br>**11th Floor**<br>**New York, NY 10017** | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **James T. Rellis, Esq**<br>**Maroney O'Connor LLP**<br>**11 Broadway, Suite 831**<br>**New York, NY 10004** | Line **3.47**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Jay Markowitz, Esq.**<br>**185 Hillside Avenue**<br>**First Floor**<br>**Williston Park, NY 11596** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Jon Ward, Esq.**<br>**Sahn Ward**<br>**333 Earle Ovington Blvd**<br>**Suite 601**<br>**Uniondale, NY 11553** | Line **3.49**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **25-16 37th Ave Owners, LLC** | | Case number (if known) | |
| | Name | | | |

| | **Name and mailing address** | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **Katz & Rychik PC**<br>**40 Wall Street**<br>**30th Floor**<br>**New York, NY 10005** | Line **3.42**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Kevin O'Neill, Esq.**<br>**Byrne & O'Neill LLP**<br>**11 Broadway, Suite 910**<br>**New York, NY 10004** | Line **3.47**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Liolis & Katsihtis, LLP**<br>**31-10 37th Avenue**<br>**Suite 307**<br>**Long Island City, NY 11101** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Milber Makris Plousadis**<br>**1000 Woodbury Road**<br>**Suite 402**<br>**Woodbury, NY 11797** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Sacco & Fillas, LLP**<br>**AttnElizabeth AthenasEsq**<br>**31-19 Newtown Avenue**<br>**Seventh Floor**<br>**Astoria, NY 11102** | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Traub Lieberman et al.**<br>**7 Skyline Dr, #165**<br>**Hawthorne, NY 10532** | Line **3.44**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 5,664,284.69 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,664,284.69 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>25-16 37th Ave Owners, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest  — **Design Services Contract** | |
| State the term remaining | **A&D Engineering, PLLC** |
| List the contract number of any government contract | **Attn: Alexander Soskin** **2613 E 65th Street** **Brooklyn, NY 11234** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest  — **Access Agreement** | |
| State the term remaining | **AGA Crescent** |
| List the contract number of any government contract | **37-09 Crescent Street** **Long Island City, NY 11101** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest  — **Design Services Contract** | |
| State the term remaining | **Brent Porter & Associates** |
| List the contract number of any government contract | **166 St James Place** **Brooklyn, NY 11238** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest  — **Access Agreement** | |
| State the term remaining | **Lupo Realty Co.** |
| List the contract number of any government contract | **37-11 Crescent Street** **Long Island City, NY 11101** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **25-16 37th Ave Owners, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Design Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Metric Consulting** |
| | List the contract number of any government contract | | **184 Engineers Drive** **Hicksville, NY 11801** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Design Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Penta Restoration Corp** **c/o Nick Fillas** |
| | List the contract number of any government contract | | **1 Plaza Road** **Greenvale, NY 11548** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Access Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Salvador Rivera** **c/o Bill Chimos, Esq.** |
| | List the contract number of any government contract | | **Zetlin & De Chiara, LLP** **801 Second Avenue** **New York, NY 10017** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Design Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Structural Engineering** **AttnGeorge J. Cambourakis** |
| | List the contract number of any government contract | | **40-12 28th Street** **Long Island City, NY 11101** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Design Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Wexler Associates** **Att. Michael Halvey** **12 West 32nd Street** |
| | List the contract number of any government contract | | **8th  Floor** **New York, NY 10001** |

**Fill in this information to identify the case:**

Debtor name    **25-16 37th Ave Owners, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Barry Leon** | **326 Linden Place**<br>**West Hempstead, NY 11552** | **LIC Senior Debt LLC** | ■ D  _2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Barry Leon** | **326 Linden Place**<br>**West Hempstead, NY 11552** | **LIC Mezz, LLC** | ☐ D _____<br>■ E/F  _3.28___<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    **25-16 37th Ave Owners, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

---

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☑ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    

| Debtor | 25-16 37th Ave Owners, LLC | Case number *(if known)* | |
|---|---|---|---|

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Popular Bank v. 25-16 37 Ave Owners LLC et al**<br>**722851/2020** | **Commercial Foreclosure Action** | **New York Supreme Court Queens County Long Island City Courthouse 25-10 Court Square Long Island City, NY 11101** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **LIC Mezz LLC v 25-16 37 Ave Owners LLC et al**<br>**655611/2020** | **Contract** | **New York State Supreme Court NY County New York County Courthouse 60 Centre Street New York, NY 10007** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Penta Restoration v 25-16 37th Ave Owners LLC**<br>**706278/2021** | **Contract** | **New York Supreme Court Queens County Long Island City Courthouse 25-10 Court Square Long Island City, NY 11101** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **25-16 37 Ave owners v AGA Crescent**<br>**710606/2017** | **Claim for Damages Due from Denied Access to Neighboring Property** | **New York Supreme Court, Queens County Long Island City Courthouse 25-10 Court Square New York, NY 10001** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Burgin v 25-16 37th Ave Owners LLC**<br>**155727/2019** | **Personal Injury** | **New York Supreme Court New York County New York County Courthouse 60 Centre Street New York, NY 10007** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | 25-16 37th Ave Owners, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **Salvador Rivera Jr. v. 25-16 37 Ave Owners LLC et al**<br>**717034/2020** | **Claim for Alleged Property Damage** | **New York Supreme Court**<br>**Queens County**<br>**Long Island City Courthouse**<br>**25-10 Court Square**<br>**Long Island City, NY 11101** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Salvador Rivera et al v. LNN et al**<br>**702221/2020** | **Claim to Enforce Purported Relocation Agreement and For Associated Rents** | **New York Supreme Court**<br>**Queens County**<br>**Long Island City Courthouse**<br>**25-10 Court Square**<br>**Long Island City, NY 11101** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Lupo Realty Co. v. 25-16 37 Ave Owners LLC et al**<br>**717689/2020** | **Contract** | **New York Supreme Court**<br>**Queens County**<br>**Long Island City Courthouse**<br>**25-10 Court Square**<br>**Long Island City, NY 11101** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **UMFIC a/s/o AGA Crescent v 25-16 16 37 Ave Owners LLC**<br>**160636/2017** | **Subrogation Claim** | **New York Supreme Court**<br>**New York County**<br>**New York City Courthouse**<br>**60 Centre Street**<br>**New York, NY 10007** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **25-16 37th Ave Owners LLC v Tax Commissioner of NYC et al**<br>**805928/2015** | **Tax Certiorari Action** | **New York Supreme Court**<br>**Queens County**<br>**Long Island City Courthouse**<br>**25-10 Court Square**<br>**Long Island City, NY 11101** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:** Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:** Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor     **25-16 37th Ave Owners, LLC**                                          Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

---

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Shafferman & Feldman LLP<br>137 Fifth Avenue<br>9th Floor<br>New York, NY 10010** | **Attorney Fees** | | **$10,000.00** |
| | Email or website address<br>**shaffermanjoel@gmail.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

**Part 7:**    **Previous Locations**

---

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **38 West 32nd Street<br>New York, NY 10001** | |

**Part 8:**    **Health Care Bankruptcies**

---

| Debtor | 25-16 37th Ave Owners, LLC | Case number *(if known)* | |
|---|---|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor    **25-16 37th Ave Owners, LLC**                                    Case number *(if known)*  _____

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☑ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

---

| Debtor | 25-16 37th Ave Owners, LLC | Case number *(if known)* | |
|--------|---------------------------|--------------------------|--|

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|------------------|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Debtor    __25-16 37th Ave Owners, LLC_____    Case number *(if known)* _____

---

**Part 14:**    Signature and Declaration

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __October 19, 2021_____

_____    **David Goldwasser**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Manager of  Sawmill Road Partners, LLC,**
                                    **Member of 25-16 37th Owners, LLC**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re    __25-16 37th Ave Owners, LLC__                          Case No. _____

                                           Debtor(s)            Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ☐ Debtor      ■ Other (specify):    **David Goldwasser**

3.   The source of compensation to be paid to me is:

     ☐ Debtor      ■ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __October 19, 2021__ | **/s/ Joel M. Shafferman** |
| *Date* | **Joel M. Shafferman** |
| | *Signature of Attorney* |
| | **Shafferman & Feldman LLP** |
| | **137 Fifth Avenue** |
| | **9th Floor** |
| | **New York, NY 10010** |
| | **(212) 509-1802  Fax: (212 509-1831** |
| | **shaffermanjoel@gmail.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Eastern District of New York

In re   25-16 37th Ave Owners, LLC

Debtor(s)

Case No. _____

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **LIC Mezz, LLC**<br>**361 15th Street**<br>**Hoboken, NJ 07030** | **Preferred Equity** | **100%** | **Non Redemption Value** |
| **Sawmill Road Partners LLC**<br>**Attn: David Goldwasser**<br>**3284 N 29th Court**<br>**Hollywood, FL 33020** | **General Membership Interests** | **100%** | **General Membership Interests** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October 19, 2021**

Signature _____

**David Goldwasser, as Manager of  Sawmill Road Partners, LLC, Member of 25-16 37th Owners, LLC**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

## Eastern District of New York

In re   **25-16 37th Ave Owners, LLC**           Case No.

                         Debtor(s)      Chapter    **11**

# <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **October 19, 2021**

                              **David Goldwasser, as Manager of  Sawmill Road Partners, LLC, Member of 25-16 37th Owners, LLC**
                              Signer/Title

Date:   **October 19, 2021**

                              Signature of Attorney
                              **Joel M. Shafferman**
                              **Shafferman & Feldman LLP**
                              **137 Fifth Avenue**
                              **9th Floor**
                              **New York, NY 10010**
                              **(212) 509-1802   Fax: (212 509-1831**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

\William Fried, Esq.
Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016


A&D Engineering, PLLC
Attn: Alexander Soskin
2613 E 65th Street
Brooklyn, NY 11234


A&D Engineering, PLLC
Attn: Alexander Soskin
2606 East 15th Street
Suite 204
Brooklyn, NY 11235


A. Mitchell Greene, Esq.
Robinson Brog
875 Third Avenue
New York, NY 10022


AGA Crescent
37-09 Crescent Street
Long Island City, NY 11101


AGA Crescent
25-08 37th Avenue
Long Island City, NY 11101


Alfredo Degante Jr
c/o Bill Chimos, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017


Alfredo Rios Romero
c/o Bill Chimos, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017


Alfredo Rivera
c/o Bill Chimos, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017

American European Insuran
c/oMiranda Slone Sklarin
Attn: Steven Verveniotis
240 Mineola Blvd
Mineola, NY 11501


Andrew Rios Rivera
c/o Bill Chimos, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017


Barry Leon
326 Linden Place
West Hempstead, NY 11552


Bill Chinos, Esq.
801 Second Avenue
New York, NY 10017


Bill Kakoullis, Esq.
Gallo Bitucci Klar LLP
90 Broad Street, 12th Fl
New York, NY 10004


Brent Porter & Associates
166 St James Place
Brooklyn, NY 11238


Carlos Rivera, Jr.
c/o Bill Chimos, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017


D.A. Development GroupLLC
38 West 32nd Street
Suite 1600
New York, NY 10001


Davinen Rivera
c/o Bill Chimos, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017

Erika Rivera
c/o Bill Chimos, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017


Gartner & Bloom, P.C
801 Second Avenue
11th Floor
New York, NY 10017


Geotech Department LLC
41 Blanche Avenue
Demarest, NJ 07627


GKA Design Group Inc
Attn: Emanuel Kambanis
1064 Jackson Avenue
Long Island City, NY 11101


Guisela Rivera
c/o Bill Chimos, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Isabel Mozo Castillo
c/o Bill Chimos, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017


James T. Rellis, Esq
Maroney O'Connor LLP
11 Broadway, Suite 831
New York, NY 10004


Jay Markowitz, Esq.
185 Hillside Avenue
First Floor
Williston Park, NY 11596

JBL Development Group Inc
1028 Lauritson Drive
Saint Johns, FL 32259


Jieming Wong
125 Lexington Avenue
Linden, NJ 07036


John Dibble
609 County Road 519
Sussex, NJ 07461


Jon Ward, Esq.
Sahn Ward
333 Earle Ovington Blvd
Suite 601
Uniondale, NY 11553


Joslyn Rivera
c/o Bill Chimos, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017


Juan Savadore Rivera
c/o Bill Chimos, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017


Katz & Rychik PC
40 Wall Street
30th Floor
New York, NY 10005


Kenneth Burgin
c/o Erica C. Colon, Esq.
The Perecman Firm PLLC
250 West 57th Street
New York, NY 10107


Kevin O'Neill, Esq.
Byrne & O'Neill LLP
11 Broadway, Suite 910
New York, NY 10004

Kosoff PLLC
Attn: Steven Steinhart
217 Broadway
Suite 401
New York, NY 10007

Lesley Rivera
c/o Bill Chimos, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017

LIC Mezz, LLC
134 West 25th Street
5th Floor
New York, NY 10001

LIC Senior Debt LLC
361 15th street
Hoboken, NJ 07030

Liolis & Katsihtis, LLP
31-10 37th Avenue
Suite 307
Long Island City, NY 11101

Lisette Rivera
c/o Bill Chimos, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017

LMW Engineering Group LLC
Attn:Miltiadis Leptourgos
34-14 168 Street
Flushing, NY 11358

LNN Realty
c/o Cooper Paroff&Graham
80-02 Kew Gardens Road
Suite 300
Kew Gardens, NY 11415

Lupo Realty Co.
37-11 Crescent Street
Long Island City, NY 11101

LWM Engineering Group LLC
125 Lexington Avenue
Linden, NJ 07036


Makeursati Building Inc.
c/o Zhi Zeng
740118th Avenue
1st Floor
Brooklyn, NY 11204


Malaby & Bradley, LLC
150 Broadway
Suite 600
New York, NY 10038


Metric Consulting
184 Engineers Drive
Hicksville, NY 11801


Milber Makris Plousadis
1000 Woodbury Road
Suite 402
Woodbury, NY 11797


Miranda Slone et al
Attn: Abe Warambrand, Esq
The Esposito Building
240 Mineola Blvd
Mineola, NY 11501


Nimroad Eyal
2600 East 21st Street
Apt 1B
Brooklyn, NY 11235


NYC Department of Finance
Field Collection
59 Maiden Lane
New York, NY 10038


NYS Dept of Tax & Finance
Bankruptcy Unit-TCD
Building 8, Room 455
W.A. Harriman State Campu
Albany, NY 12227

Penta Restoration Corp
c/o Nick Fillas
1 Plaza Road
Greenvale, NY 11548


Peterson Geotechnical
17 Academy Street
Skaneateles, NY 13152


S.G.C. Construction Inc.
31-07 Farrington Street
Flushing, NY 11354


Sacco & Fillas, LLP
AttnElizabeth AthenasEsq
31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102


Salvador Rivera
c/o Bill Chimos, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017


Shore Built Construction
c/o John Marashlian
613 Jericho Turnpike
New York, NY 10040


Stacey Gudalupe Rivera
c/o Bill Chimos, Esq.
Zetlin & De Chiara, LLP
801 Second Avenue
New York, NY 10017


Stanza Contracting Corp.
31-07 Farrington Street
Flushing, NY 11354


Structural Engineering
AttnGeorge J. Cambourakis
40-12 28th Street
Long Island City, NY 11101

Traub Lieberman et al.
7 Skyline Dr, #165
Hawthorne, NY 10532

Trolydia Testing & Inspec
c/o Edward Torossian
714 Elmont Road
Elmont, NY 11003

Vibranalysis Inc.
79 Alexander Avenue
6th Floor
Bronx, NY 10454

Wexler Associates
Att. Michael Halvey
12 West 32nd Street
8th Floor
New York, NY 10001

Xolle LLC
Attn: Menachem Roth
2071 Flatbush Avenue
Brooklyn, NY 11234

# United States Bankruptcy Court
### Eastern District of New York

In re   __25-16 37th Ave Owners, LLC__

_____
Debtor(s)

Case No. _____

Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __25-16 37th Ave Owners, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__October 19, 2021__
Date

**/s/ Joel M. Shafferman**
**Joel M. Shafferman**
Signature of Attorney or Litigant
Counsel for   **25-16 37th Ave Owners, LLC**
**Shafferman & Feldman LLP**
**137 Fifth Avenue**
**9th Floor**
**New York, NY 10010**
**(212) 509-1802 Fax:(212 509-1831**
**shaffermanjoel@gmail.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  25-16 37th Ave Owners, LLC                               **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____              [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                              (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____              [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                              (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____              [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___**Y**___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Joel M. Shafferman**
_____          _____
**Joel M. Shafferman**
Signature of Debtor's Attorney                    Signature of Pro Se Debtor/Petitioner
**Shafferman & Feldman LLP**
**137 Fifth Avenue**
**9th Floor**                                                  _____
**New York, NY 10010**
**(212) 509-1802 Fax:(212 509-1831**              Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

<u>NOTE</u>: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.