```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In Re:                                              Chapter 11

25-16 37th AVE OWNERS, LLC,                         Case No.: 21-42662 (JMM)

                        Debtor.
----------------------------------------------------------X
```

**ORDER, PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004, DIRECTING THE PRODUCTION OF DOCUMENTS BY AND EXAMINATION OF <u>BARRY LEON AND PENTA RESTORATION CORP.</u>**

Upon the application of 25-16 37th Owners, LLC, the debtor and debtor in possession (the "Debtor"), seeking entry of an Order, pursuant to Bankruptcy Rule 2004, directing the production of certain records, documents and electronic files that are in the possession, custody and control of Barry Leon and Penta Restoration Corp. (the "<u>Witnesses</u>") and directing the examination of the Witnesses as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion; and after due deliberation and sufficient cause appearing therefor; it is

**ORDERED,** that the Debtor is authorized to issue one or more subpoenas to compel the production of documents from the Witnesses and to compel the Witnesses to appear for deposition; and it is further

**ORDERED,** that subject to agreement between the Debtor and Witnesses, the Witnesses' time to produce documents requested by, object to, move to quash, or otherwise respond to the subpoena shall be the time established by Rule 45 of the Federal Rules of Civil Procedure made applicable hereto by Bankruptcy Rule 9016; and it is further

**ORDERED,** that the Debtor shall file with the Court an affidavit or declaration of service for each subpoenas Debtor serves; and it is further

**ORDERED**, that the Court may retain jurisdiction to resolve any disputes arising or related to this Order including any discovery disputes that may arise between or among the parties and to interpret, implement and enforce the provisions of this Order.



Dated: Brooklyn, New York
November 2, 2021

Jil Mazer-Marino
United States Bankruptcy Judge