UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:                                                                    Chapter 11

25-16 37th AVE OWNERS, LLC,                              Case No.: 21-42662 (JMM)

                                 Debtor.
-----------------------------------------------------------X

## ORDER, PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004, DIRECTING THE PRODUCTION OF DOCUMENTS BY VIBRANALYSIS INC.

Upon the application ("Application") **[ECF No. 95] (JMM)** 25-16 37th Owners, LLC, the debtor and debtor in possession (the "Debtor"), seeking entry of an Order, pursuant to section 105(a) of Title 11 of the United States Code and Rule 2004 of Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), directing the production of certain records, documents and electronic files that are in the possession, custody and control and directing the examination of Vibranalysis Inc. ("Vibra"); and good and sufficientcause appearing therefor; it is

**ORDERED**, that the Debtor is authorized to issue a subpoena to compel the production of documents from Vibra and to compel Vibra to appear for deposition; and it is further

**ORDERED**, that subject to agreement between the Debtor and Vibra, Vibra's time to produce document requested by, object to, move to quash, or other respond to the subpoena shall be the time established by Rule 45 of the Federal Rules of Civil Procedure made applicable hereto by Bankruptcy Rule 9016; and it is further

**ORDERED**, that the Debtor shall file with the Court an affidavit or declaration of service for the subpoena that Debtor serves; and it is further

[*Remainder of Page Intentionally Left Blank*]

**ORDERED**, that the Court may retain jurisdiction to resolve any disputes arising or related to this Order including any discovery dispute that may arise between or among the parties and to interpret, implement and enforce the provision of this Order.



Dated: Brooklyn, New York  
April 25, 2022

                                    Jil Mazer-Marino  
                         United States Bankruptcy Judge