UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:

                                                   Confirmed Chapter 11

25-16 37th Ave Owners, LLC,                     Case 21-42662 (JMM)


                                Debtor.
------------------------------------------------------------------x

# FINAL DECREE

        Upon the application **[ECF No. 144] (the "Motion") (JMM)** of 25-16 37th Ave Owners, LLC, the debtor and debtor in possession in the above-captioned confirmed Chapter 11 case (the "Debtor"), by its attorneys, Shafferman & Feldman LLP, for an Order granting a Final Decree in this case**; and a hearing having been held on the Motion on October 4, 2023 (the "Hearing") (JMM)**; and it having been represented and it appearing that the Debtor's estate has been fully administered and the distributions required pursuant to the First Amended Plan of Liquidation, As Modified [ECF No. 107] (the "Plan") having being made to creditors at their last known addresses; and it also appearing that notice of ~~motion and application~~ **the Motion and the Hearing (JMM)** and service of a copy thereof was duly and timely made upon the Debtor and his counsel, the Office of the United States Trustee, and all creditors, and that no objection was made to granting the relief requested therein, and sufficient cause appearing therefor, it is

        **ORDERED**, that the above-captioned Chapter 11 Case be, and it hereby is, closed; and it is further

        **ORDERED**, that within five (5) days after entry of this Final Decree, the undersigned counsel for Debtor shall provide a declaration detailing all of disbursements that it has made to the Debtor's estate between September 30, 2022 through the date of entry of this Order; and it is further

**ORDERED**, that the Debtor shall pay any outstanding quarterly fees owed to the Office of the United States Trustee, pursuant to 28 U.S.C. §586(e)(2), in connection with the above-captioned Chapter 11 Case on or before ten (10) days after the entry of this Final Decree.

Dated: October 22, 2023
     Brooklyn, New York



Jil Mazer-Marino
United States Bankruptcy Judge